UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************
KEVON KEENROY KESSNA,

        Plaintiff,

    v.

KILOLO KIJAKAZI,
COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
*******************************

Civil Action No. 23-0221

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

    This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this     22nd     day of     June     , 2023 ;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

*Miroslav Lovric*
Magistrate Miroslav Lovric

United States District Court

The undersigned hereby consent to the form and entry of the within order.

                CARLA B. FREEDMAN
                United States Attorney

By:     /s Kristina Cohn
           Kristina Cohn
           Special Assistant United States Attorney
           Office of Program Litigation, Office 2
           Office of the General Counsel
           Social Security Administration
           6401 Security Boulevard
           Baltimore, MD 21235
           Phone:  212-264-2179
           Email: kristina.cohn@ssa.gov

LACHMAN, GORTON LAW FIRM

     s/ Peter Gorton
By:   Peter A. Gorton
       Attorney for Plaintiff
       Lachman, Gorton Law Firm
       P.O. Box 89
       1500 East Main Street
       Endicott, NY 13761-0089
       Phone: 607-754-0500
       Fax: 607-748-6978
       Email: office@lglaw.org